IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHIRLEY ALFREDA REED,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.

CASE NO. 1D17-0817

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed April 13, 2017.

An appeal from an order of the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Shirley Alfreda Reed, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    DISMISSED. Schneider v. Schneider, 732 So. 2d 1147 (Fla. 4th DCA 1999).

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.